En el Tribunal Supremo de Puerto Rico

| In Re:                     | Solicitud de Reinstalación |
|----------------------------|----------------------------|
| Héctor Serrano Mangual     | 98TSPR119                  |

Número del Caso: 9185

Abogada Parte Peticionaria:　　Lcda. Carmen H. Carlos
　　　　　　　　　　　　　　　　Directora de la Oficina
　　　　　　　　　　　　　　　　de Inspección de Notarías

Abogado Parte Querellada:　　Por Derecho Propio

Fecha: 9/4/1998

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor Serrano Mangual          9185

Sala Especial de Verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señores Negrón García y Hernández Denton

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de septiembre de 1998

Examinada la petición de reinstalación como notario presentada el pasado 5 de mayo de 1998 por el Lcdo. Héctor Serrano Mangual, y el Informe de la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, se accede a lo solicitado y se autoriza la reinstalación del primero al ejercicio del notariado, previo el cumplimiento de los trámites reglamentarios para ello.

Se le apercibe a dicho abogado del estricto cumplimiento ulterior en el desempeño futuro de las obligaciones que emanan de su gestión notarial.

Esta resolución se publicará.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo